YETTA NATHANSON et al., Appellants, *v.* CITY OF NEW YORK, Respondent.

Argued November 27, 1939; decided December 28, 1939.

*Jacob W. Friedman* and *Simon Metrik* for appellants.

*William C. Chanler, Corporation Counsel* (*Paxton Blair* and *Arthur H. Goldberg* of counsel), for respondent.

Judgments reversed and new trial granted, with costs to abide the event, on the authority of *Engels* v. *City of New York* (281 N. Y. 650). No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.